ELLSWORTH DOBBS, INC., PLAINTIFF-PETITIONER, v. JOHN R. JOHNSON, *ET ALS.*, DEFENDANTS-RESPONDENTS.

See same case below : 92 *N. J. Super.* 271.

*Messrs. Carpenter, Bennett & Morrissey, Mr. John C. Heavey, Jr.* and *Miss Virginia D. Fenton* for the plaintiff.

*Messrs. Holley & Kroner* for the respondents.

November 29, 1966. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FRED ATTANASIO, DEFENDANT-PETITIONER.

See same case below : 92 *N. J. Super.* 267.

*Mr. Thomas E. Durkin, Jr.* and *Mr. William J. Gearty* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. George A. Franconero* for the respondent.

November 29, 1966. Denied.

DEAN A. COLLINS, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. TOWNSHIP OF JEFFERSON, DEFENDANT-RESPONDENT.

*Mr. Paul Colvin* for the petitioners.

*Messrs. Schenck, Price, Smith & King* and *Mr. Alten W. Read* for the respondent.

December 13, 1966. Denied.